Memorandum Decisions.

Thomas V. Porter, Appellant, vs. John W. Brown, Evelyn M. Brown and John Conley, Appellees.

DIVISION B.

Appeal from Circuit Court, Sumter county; William A. Hocker, Judge.

*William F. Himes,* for Appellant.

*J. C. B. Koonce,* for Appellees.

The bill in this case was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals. The decree is affirmed.